1
2
3
4                        UNITED STATES DISTRICT COURT

5                      SOUTHERN DISTRICT OF CALIFORNIA

6   UNITED STATES OF AMERICA,          )   Case No. 11CR4524-JLS
                                       )
7                        Plaintiff,    )
                                       )   **ORDER AND JUDGMENT TO DISMISS**
8               v.                     )   **INDICTMENT WITHOUT PREJUDICE**
                                       )
9   ANTONIO VILLEGAS JIMENEZ,          )
                                       )
10                       Defendant.    )
                                       )
11  _____   )

12

13      Upon motion of the UNITED STATES OF AMERICA and good cause

14  appearing thereof,

15      **IT IS HEREBY ORDERED** that the Indictment in the above-referenced

16  case be dismissed without prejudice as to defendant ANTONIO VILLEGAS

17  JIMENEZ.

18      **IT IF FURTHER ORDERED** that defendant ANTONIO VILLEGAS JIMENEZ

19  be released and remanded to the custody of the United States

20  Department of Homeland Security.

21      **SO ORDERED.**

22

23  DATED:  November 4, 2011

24                                      _____
                                        Honorable Janis L. Sammartino
25                                      United States District Judge

26

27

28